James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MELISSA VACCARO, | Case No.: 5:16-cv-03220 BLF |
| Plaintiff, | **[PROPOSED] JUDGMENT IN A CIVIL CASE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES: Please take notice that pursuant to the Court's order of November 20, 2017, Plaintiff hereby submits the following proposed final judgment. Counsel for Plaintiff and Defendant have met and conferred regarding the proposed judgment and Defendant has no objection to the form of judgment.

# [PROPOSED] JUDGMENT IN A CIVIL CASE

This action came to trial before the Court on cross motions for judgment pursuant to Rule 52 on July 27, 2017. The Court issued findings of fact and conclusions of law on November 20, 2017. Pursuant to those findings and conclusions, and upon consideration of the matters presented to the Court following the trial, the Court GRANTS final judgment to Plaintiff and ORDERS as follows:

1. Defendant Liberty Life Assurance Company of Boston shall administer Plaintiff's benefit consistent with the findings and conclusions set forth in the Court's Order Granting Plaintiff's Motion for Judgment (ECF No. 38);

2. Defendant Liberty Life Assurance Company of Boston shall pay $71,175 in attorney's fees to Bolt Keenley Kim LLP;

3. Defendant Liberty Life Assurance Company of Boston shall pay $1,454.30 in case costs to Bolt Keenley Kim LLP;

4. The above payments are to be made within 30 calendar days of the entry of this order, in a form acceptable to Plaintiff.

5. The Clerk is directed to enter final judgment in the docket and close the case.

IT IS SO ORDERED AND ADJUDGED.

_____
Date

_____
Hon. Beth Labson Freeman
United States District Judge